## International Harvester Company of America v. Commonwealth.

(Decided November 20, 1914.)

Appeal from Bullitt Circuit Court.

SAME V. SAME.

Appeal from Grayson Circuit Court.

SAME V. SAME.

Appeal from Todd Circuit Court.

SAME V. SAME.

Appeal from Boyle Circuit Court.

Pools—Trusts.—In a penal action against the International Harvester Company, following the opinion of the U. S. Supreme Court, 234 U. S., 216, 589, the judgment of the lower court is reversed.

HUMPHREY, MIDDLETON & HUMPHREY and ARTHUR M, RUTLEDGE for appellant.

JAMES GARNETT, Attorney General; M. M. LOGAN, Assistant Attorney General, and CHARLES CARROLL for appellee.

OPINION OF THE COURT BY JUDGE NUNN—Reversing.

The above four cases were appealed to the Supreme Court of the United States and the judgment in each

case was there reversed, 234 U. S., 216, 589. Under the opinion of the United States Supreme Court the prosecutions cannot be maintained.

The judgment in each case is, therefore, reversed and the cause remanded to the circuit court with directions to dismiss the proceedings.